UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:  1:25-cv-22795-DPG

BARBARA GARCIA,
      Plaintiff(s),

vs.

RAMON BALLADARES,
      Defendant(s).
_____/

**AMENDED COMPLAINT**

Plaintiff, BARBARA GARCIA, by and through undersigned counsel, hereby files this Amended Complaint against Defendant, RAMON BALLADARES ("Balladares"), and alleges as follows:

**Introduction**

1. This lawsuit seeks relief from Defendant's repeated use of the City of Coral Gables code enforcement machinery as part of a long-term pattern of harassment, which has prevented or substantially burdened Plaintiff's safety and enjoyment of her property.

2. In this lawsuit, Plaintiff seeks relief from Defendant's continuing harassment which has deprived her of the quiet use and enjoyment of their private home.

3. Plaintiff has been subjected to constant harassment through code complaints since refusing to pay a blackmail payment to Defendant Balladares.

4. Given the constant and unprecedented surveillance of Plaintiff's home and the fact that Defendant's past behavior has demonstrated a penchant for pursuing arbitrary and discriminatory prosecution and enforcement of the law against Plaintiff's home,

1

Plaintiff lives in daily fear that they will be cited for yet another bogus, sham violation.

5.    Accordingly, Defendant's conduct continues to deprive and/or substantially burden Plaintiff's most sacred and constitutionally-protected right to peaceably live in her home.

6.    Plaintiff seek damages and temporary and permanent injunctive relief, as well as compensatory damages under state law.

## Parties

7.    Plaintiff, BARBARA GARCIA, is the owner in fee simple of certain real property located at 6913 Talavera Street, Coral Gables (the "Property").

8.    Defendant, RAMON BALLADARES, is the owner of certain real property located at 925 Sunset Road, which borders the Property.

## Jurisdiction and Venue

9.    This action is for declaratory and injunctive relief, and damages, under State and local law.

10.    All conditions precedent to the maintenance of these claims have been performed, excused, or waived.

## The Property

11.    Plaintiff's home was targeted by Defendant as part of a blackmail scheme orchestrated by Defendant Balladares by weaponizing the City's code enforcement department against Plaintiff.

12.     Plaintiff delivered the blackmail letter attached hereto as Exhibit A to Defendant.

13.     Defendant refused to pay the blackmail amount.

14.     Almost immediately after refusing to pay the blackmail amount, Defendant began
        harassing Plaintiff by setting up cameras to observe Defendant and her property
        at all times, and filed repeated meritless code compliance complaints against
        Defendant's property.

**Count I**

**Abuse of Process**

15.     Plaintiff repeats and incorporates by reference paragraphs 1 through 14 as if fully set
        forth herein.

16.     Defendant intentionally and improperly filed numerous code compliance
        complaints against Plaintiff and took other inappropriate actions after Plaintiff
        failed to pay the  blackmail amount requested by Plaintiff.

17.     Defendant had an ulterior motive in using the process in order to obtain
        compensation.

18.     After Plaintiff refused to pay the requested blackmail amount, Defendant engaged
        in a campaign of constant harassment and made repeated code compliance
        complaints against Defendant and her property that continue to this day.

19.     As a result of Balladares' abuse of process outlined herein, Plaintiff suffered
        damages there from.

WHEREFORE, Plaintiff prays this Court adjudge Defendant guilty of abuse of process and award pre- and post-judgment interest, damages, fees and costs including reasonable attorney fees, or any other relief this Court deems just and proper.

## DEMAND FOR ATTORNEYS FEES

Plaintiff hereby demands her reasonable attorney fees and costs, to the extent provided by law, in connection with this action.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a Trial by Jury on all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

*s/davidwinker/*
David J. Winker, Esq.
Fla. Bar. No. 73148
David J. Winker, PA
4720 S. Le Jeune Rd
Coral Gables, Fl 33146
305-801-8700
dwinker@dwrlc.com

*Attorney for Plaintiff, Barbara Garcia*

March 14th, 2019

Ms. Barbara Garcia
6913 Talavera Street
Coral Gables, FL 33146-3837

Today I met with Mr. William Ortiz (Code Enforcement Director) and Ms. Amparo Quintana (Code Enforcement Officer). It is my understanding that you have met with them as well.

As you know, there is an open code violation filed against me which was initiated by you. Currently, there is no pending code violation against you despite the fact that there are, as you well know, many existing code violations on your property.

The city of Coral Gables Code Director, Mr. Ortiz, suggested we settle this matter as neighbors without any further intervention by the city of Coral Gables. According to him, any settlement between us can include the exchange of financial consideration between us.

Accordingly, this is my offer to you:

1. I will cure the current pending violations that were filed against me by the city of Coral Gables by your initiative.
2. I will withdraw my first and only complaint thus far regarding the existing code violations on your property (the illegal enclosure of your carport, the illegal enclosure of your garage, the illegal renting of your illegally converted garage, the illegal wooden fence and the illegal sheds).
3. If we cannot reach an agreement, and if the city of Coral Gables requires you to remove the wooden fences, this will then expose the illegal central air conditioner that is currently encroaching on your property setback, a further violation.
4. You will agree to abandon the second or any subsequent complaints to the city of Coral Gables against me.

In consideration of the above mutual agreement, a payment will be made by you to me in the sum of $87,500.00 due and payable by 5 pm Monday, March 18th, 2019.

If these terms are acceptable to you, please communicate your acceptance to me as soon as possible.

The city of Coral Gables is awaiting our decision as to whether we will settle this or not.

Sincerely,

Ramon Balladares
925 Sunset Road
Coral Gables, FL 33143-6119